IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MCCANN,<br><br>    Plaintiff,<br><br>v.<br><br>CHESTNUT PLAZA INCORPORATED,<br><br>    Defendant. | Case No. 2:22-cv-00841-RJC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David McCann and Defendant Chestnut Plaza Incorporated, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;
2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 26, 2023                                          Respectfully submitted,

/s/ R. Bruce Carlson                                              /s/ Thomas H. May
R. Bruce Carlson                                                    Thomas H. May
**CARLSON BROWN**                                           Dickie, McCamey & Chilcote
222 Broad St.                                                           Two PPG Place
PO Box 242                                                            Pittsburgh, PA 15222
Sewickley, PA 15143                                              (412) 281-7272
bcarlson@carlsonbrownlaw.com                          tmay@dmclaw.com
(724) 730-1753

*Attorney for Plaintiff*                                              *Attorney for Defendant*

AND NOW, this 27th day of January, 2023
it is so ORDERED

/s/Robert J. Colville
United States District Judge